UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00539 | Date | March 2, 2026 |
| Title | *Singh v. Santacruz Jr* | | |

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER [2].

The Court has reviewed Petitioner Singh's motion requesting a temporary restraining order. ECF No. 2. Since the Government agrees that this Petitioner falls within the class as described in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), *see* ECF No. 9, the Court concludes that Petitioner is entitled to the relief encompassed by the final judgment therein. Id. at ECF No. 94.

Accordingly, Respondents are ORDERED to provide Petitioner an individualized bond redetermination hearing before an immigration judge within 7 days or otherwise release Petitioner from custody under the same conditions that existed before Petitioner's detention. Respondents are ORDERED to provide a Notice of Compliance within 7 days of providing Petitioner with a bond redetermination hearing.

**IT IS SO ORDERED.**

:

Initials of Preparer    DTA